

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GABRIELA MINJAREZ,<br><br>                Defendant. | CASE NO. 12-cr-03377-AJB<br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

8:1324(A)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting(1)

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/19/12

                              William McCurine, Jr.
                              U.S. Magistrate Judge